UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 2:15cr4

        Hon. Robert J. Jonker

ERROL MARTIN SAGATAW,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed October 28, 2015, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Errol Martin Sagataw entered a plea of guilty to Count 3 of the Indictment. The plea is accepted by the Court. Defendant Errol Martin Sagataw is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

                                          /s/Robert J. Jonker
                                          Robert J. Jonker
                                      Chief United States District Judge

Dated: February 5, 2016